THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES BRIDGES, Respondent, *v.* ROBERT ADAMSON, as Fire Commissioner of the City of New York, Appellant.

*People ex rel. Bridges* v. *Adamson,* 173 App. Div. 773, affirmed. (Argued October 5, 1916; decided October 24, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 29, 1916, which reversed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to reinstate the relator in the position of captain in the fire department of the city of New York, and granted said motion. The relator was a captain in the New York city fire department, and had his shoulder permanently injured in the "active discharge" of his duties at a fire, and by reason of such injuries was assigned to perform "light duties" in accordance with the provisions of the New York charter. Subsequently, without any change in the relator's physical or mental condition, and while he was performing such "light duties," and entirely able to perform them, the defendant ordered his compulsory retirement on half pay, by reason of his original injuries. The question is as to whether the defendant's action was justified by section 790 of the charter of the city of New York.

*Lamar Hardy, Corporation Counsel* (*Terence Farley* and *Elliot S. Benedict* of counsel), for appellant.

*Robert H. Wilson* for respondent.

Order affirmed, with costs; no opinion.

Concur: CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ. Not voting: HISCOCK, J. Absent: WILLARD BARTLETT, Ch. J.